IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

STEPHEN D. DOHM,

    *Plaintiff*,

v.                                                                  Case No.: 4:22cv165-MW/MJF

MRS. CURRY, *et al.*,

    *Defendants*.

_____/

## ORDER ACCEPTING AND ADOPTING REPORT AND RECOMMENDATION

This Court has considered, without hearing, the Magistrate Judge's Report and Recommendation. ECF No. 4. Upon consideration, no objections having been filed by the parties,

    **IT IS ORDERED:**

The report and recommendation, ECF No. 4, is **accepted and adopted** as this Court's opinion. This case is **TRANSFERRED** to the United States District Court for the Middle District of Florida. The Clerk shall take all steps necessary to effect the transfer and close the file.

    **SO ORDERED** on May 27, 2022.

                                          s/Mark E. Walker_____
                                          **Chief United States District Judge**